IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA LEONA BROWN FLEMING and THE HARVEST INSTITUTE FREEDMEN FEDERATION, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHEROKEE NATION, CHEROKEE NATION ELECTION COMMISSION, BILL JOHN BAKER, RYAN ZINKE, Secretary of the Interior, and TARA MACLEAN SWEENEY, Assistant Secretary-Indian Affairs, U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 18-cv-02041 (TFH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TRIBAL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and Article III of the United States Constitution, the Cherokee Nation, the Cherokee Nation Election Commission, and Bill John Baker, in his official capacity as Principal Chief of the Cherokee Nation (collectively "Tribal Defendants"), and hereby move this Court to dismiss all claims against Tribal Defendants for lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted under, and lack of a justiciable case or controversy. In support thereof, Tribal Defendants offer the attached Memorandum of Support.

Respectfully Submitted,

/s/ M. Todd Hembree_____
M. Todd Hembree, OK0010
Attorney General for Cherokee Nation
P.O. Box 1533

1

Tahlequah, OK 74465-1533<br>
(918) 453-5255<br>
(918) 458-6142 Fax number<br>
todd-hembree@cherokee.org