UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RHONDA LEONA BROWN FLEMING, *et al.*,

        Plaintiffs,

v.

THE CHEROKEE NATION, *et al.*

        Defendants.

Civil Action No. 18-02041 (TFH)

# ORDER

Having considered the federal and tribal defendants' motions to dismiss the complaint [ECF Nos. 10 & 11], and finding no opposition thereto, it is hereby

**ORDERED** that the defendants' motions to dismiss are **GRANTED** as conceded. The plaintiffs' complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

Further, plaintiff Rhonda Leona Brown Fleming's motion for a preliminary injunction [ECF No. 15] is hereby **DISMISSED AS MOOT**.

**SO ORDERED.**

May 14, 2019

Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE